GEORGE P. SOARES (SBN: 213996)
gsoares@grsm.com
JENNIFER J. KELLAR (SBN: 216573)
jkellar@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7447
Facsimile: (619) 696-7124

Attorneys for Plaintiff
ACCELERANT SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>    vs.<br><br>KKS MARINE II, LLC,<br><br>           Defendant. | CASE NO. '24CV0214 AJB AHG<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ACCELERANT SPECIALTY INSURANCE COMPANY** |

Pursuant to Local Rule 40.2, the undersigned counsel of record for Plaintiff, Accelerant Specialty Insurance Company, makes the following disclosure:

1. The party is a non-governmental corporate party.

2. Accelerant US Holdings, LLC is the parent company of Accelerant Specialty Insurance Company.

Dated: January 31, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ George P. Soares*
George P. Soares
Jennifer J. Kellar
Attorneys for Plaintiff
ACCELERANT SPECIALTY INSURANCE COMPANY